UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee

| | |
|---|---|
| In Re: | Case No.: 19-23500-SLM |
| Alexa Gallagher, | Judge: Hon. Stacey L. Meisel |
| Debtor. | Chapter: 7 |

Recommended Local Form: ☒ Followed  ☐ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1.  The applicant, <u>Benjamin A. Stanziale, Jr.</u>, is the (check all that apply):

    ☒ Trustee:     ☒ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

    ☐ Debtor:     ☐ Chap. 11     ☐ Chap. 13

    ☐ Official Committee of _____

2.  The applicant seeks to retain the following professional <u>Stanziale & Stanziale, P.C.</u>, to serve as (check all that apply):

    ☒ Attorney for:     ☒ Trustee     ☐ Debtor-in-Possession

              ☐ Official Committee of _____

    ☐ Accountant for:     ☐ Trustee     ☐ Debtor-in-possession

              ☐ Official Committee of _____

❏    Other Professional:

❏    Realtor    ❏    Appraiser    ❏    Special Counsel

❏    Auctioneer ❏    Other (specify):_____

3.    The employment of the professional is necessary because:

To assist in the effective liquidation of the Estate._____

4.    The professional has been selected because:

Stanziale & Stanziale, P.C. has considerable experience and knowledge in representation of Trustees and in the field of bankruptcy and in other areas of law related to the effective administration and liquidation of the Chapter 7 Estate and is well qualified to represent the Trustee in this proceeding.

5.    The professional services to be rendered are as follows:

To assist the Trustee in the effective liquidation of the Estate's assets; to advise with respect to its powers and duties as Trustee in the effective liquidation of the Estate; to assist with negotiations with creditors and taking the necessary legal steps to liquidate the Estate; to appear before the bankruptcy court to represent and protect the interest of the Trustee and the Estate; to prepare on behalf of the Trustee all necessary applications, motions, complaints, responses, proposed orders and other papers to be filed in this matter; to perform all other legal services for the Trustee which may be necessary and proper for the effective liquidation and administration of the Chapter 7 Estate as well as all professional services required by the applicant.

6.    The proposed arrangement for compensation is as follows:

Hourly rates as follows: Benjamin A. Stanziale, Jr., Esq. - $500.00; Para-Professionals and Legal Assistants from $100.00 to $125.00.

7.    To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐      None.

☒      Describe connection: <u>Stanziale & Stanziale, P.C., has and does perform services for the Trustee on other matters completely unrelated to this case.</u>

8.      To the best of the applicant's knowledge, the professional (check all that apply):

☒      does not hold an adverse interest to the estate.

☒      does not represent an adverse interest to the estate.

☒      is a disinterested person under 11 U.S.C. § 101(14).

☒      does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐      Other; explain:

_____

_____

_____

9.      If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____

_____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:   September 10, 2019

/s/ Benjamin A. Stanziale, Jr.
Signature of Applicant

Benjamin A. Stanziale, Jr., Trustee
Name of Applicant