UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee

| | |
|---|---|
| In Re: | Case No.: 19-23500-SLM |
| Alexa R. Gallagher, | Judge: Hon. Stacey L. Meisel |
| Debtor. | Chapter: 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
## APPLICATION FOR RETENTION OF PROFESSIONAL

I, Benjamin A. Stanziale, Jr., being of full age, certify as follows:

1.      I am seeking authorization to be retained as <u>Counsel to the Chapter 7 Trustee.</u>

2.      My professional credentials include: <u>I am an attorney at law in the State of New Jersey practicing for over thirty (30) years.</u>

3.      I am a member of or associated with the firm of: <u>I am a partner of the law firm of Stanziale & Stanziale, P.C., with law offices located at 29 Northfield Avenue, Suite 201, West Orange, NJ 07052.</u>

4.      The proposed arrangement for compensation, including hourly rates, if applicable, is as follows: <u>The normal and customary hourly rate for legal services rendered by this law firm in matters of this kind are as follows: Benjamin A. Stanziale, Jr., Esq., admitted in 1986, $500.00 per hour.</u>

5.      To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee is as follows:

❑      None

☒      Describe connection: <u>We have and do perform services for the Trustee and on other matters completely unrelated to this case.</u>

6.      To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒      None

❑      Describe connection: _____

_____

_____

7.      To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒      does not hold an adverse interest to the estate.

☒      does not represent an adverse interest to the estate.

☒      is a disinterested person under 11 U.S.C. § 101(14).

☒      does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

❑      Other; explain:

_____

_____

8.    If the professional is an auctioneer,

      a.    A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

          ❑      Yes        ❑      No

      b.    My qualifications and previous experiences as an auctioneer include:

      _____

      _____

9.    If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

      _____

      _____

      _____

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: September 10, 2019            /s/ Benjamin A. Stanziale, Jr._____
                                         Signature of Applicant

                                       Benjamin A. Stanziale, Jr., Trustee____
                                       Name of Applicant