| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**STANZIALE & STANZIALE, P.C.**<br>29 Northfield Avenue, Suite 201<br>West Orange, New Jersey 07052-5403<br>(973) 731-9393<br>Attorneys for Benjamin A. Stanziale, Jr., Trustee | |
| In Re:<br><br>Alexa Gallagher,<br><br>                                    Debtor. | Case No.:     19-23500-SLM<br><br>Judge:        Hon. Stacey L. Meisel<br><br>Chapter:      7 |

Recommended Local Form:        ☒    Followed        ☐    Modified

**ORDER AUTHORIZING THE RETENTION OF PETER A. OUDA, LLC AS SPECIAL COUNSEL FOR BENJAMIN A. STANZIALE, JR., CHAPTER 7 TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby

**ORDERED**.

1

Upon the applicant's request for authorization to retain Peter A. Ouda, LLC as Attorney to the Chapter 7 Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>19 North Bridge Street</u>
<u>Somerville, NJ 08876</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2